EXHIBIT A

**Towne Development Group, Ltd. Receiver For**
**Northwood Shoppes Two, L.L.C.**
**Report of Revenue & Expenses**
**03/24/10-12/31/2013**

|  | 9/30/2013 12/31/2013 | Total 3/24/10 - 12/31/2013 |
|---|---:|---:|
| **Income:** |  |  |
| Sales Revenue | - | - |
| Interest Income | 0.09 | 8.14 |
| **Net Sales Proceeds** | **0.09** | **8.14** |
|  |  |  |
| **Expense:** |  |  |
| Miscellaneous Maintenance | 643.50 | 643.50 |
| Legal Fees | 91.00 | 1,026.00 |
| Insurance | 588.00 | 8,047.61 |
| Bank Account Fees | 107.30 | 356.47 |
| Utilities | - | - |
| Real Estate Taxes - Prorata and Delinquent | - | 421,468.03 |
| Recording/Closing Cost | - | - |
| Sales Commissions | - | - |
| **Total Expenses** | **1,429.80** | **431,541.61** |
| **Project Source** | **(1,429.71)** | **(431,533.47)** |
|  |  |  |
| Receivership Beginning Cash Balance | 375.88 | - |
| **Cash Available Before Bank Funding/(Paydowns)** | **(1,053.83)** | **(431,533.47)** |
|  |  |  |
| **Bank of America Funding/(Paydowns):** |  |  |
| N/P-Bank of America Post 3/24/10 Funding | 1,499.17 | 431,718.81 |
| N/P-Bank of America Post 3/24/10 Paydowns | - | - |
| **Bank of America Funding/(Paydowns)** | **1,499.17** | **431,718.81** |
| **Cash Available After Bank Funding/(Paydowns)** | **445.34** | **185.34** |
|  |  |  |
| Accounts Payable Trade | (169.00) | 91.00 |
| **Receivership Ending Cash Balance** | **276.34** | **276.34** |

**Towne Development Group, Ltd. Receiver For**
**BBC Benton Harbor, L.L.C.**
**Report of Revenue & Expenses**
**03/24/10-12/31/2013**

|  | 9/30/2013 12/31/2013 | Total 3/24/10 - 12/31/2013 |
|---|---:|---:|
| **Income:** |  |  |
| Sales Revenue | - | - |
| Interest Income | 0.18 | 2.91 |
| **Net Sales Proceeds** | 0.18 | 2.91 |
|  |  |  |
| **Expense:** |  |  |
| Miscellaneous Maintenance | - | 2,195.90 |
| Legal Fees | - | 1,045.00 |
| Insurance | 462.00 | 7,737.58 |
| Bank Account Fees | 107.25 | 356.37 |
| Utilities | - | - |
| Real Estate Taxes | - | 96,609.30 |
| Recording/Closing Cost | - | - |
| Sales Commissions | - | - |
| **Total Expenses** | 569.25 | 107,944.15 |
| **Project Source** | (569.07) | (107,941.24) |
|  |  |  |
| Receivership Beginning Cash Balance | 1,057.94 | - |
| **Cash Available Before Bank Funding/(Paydowns)** | 488.87 | (107,941.24) |
|  |  |  |
| **Bank of America Funding/(Paydowns):** |  |  |
| N/P-Bank of America Post 3/24/10 Funding | 1,333.12 | 109,503.23 |
| N/P-Bank of America Post 3/24/10 Paydowns | - | - |
| **Bank of America Funding/(Paydowns)** | 1,333.12 | 109,503.23 |
| **Cash Available After Bank Funding/(Paydowns)** | 1,821.99 | 1,561.99 |
|  |  |  |
| Accounts Payable Trade | (260.00) | - |
| **Receivership Ending Cash Balance** | 1,561.99 | 1,561.99 |