IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-CINCINNATI

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.** | : | **Case No. 1:10-CV-00097** |
| **Plaintiff** | : | **Judge Spiegel** |
| vs. | : | **CONSENT ORDER** |
| **NORTHWOOD SHOPPES TWO, LLC, ET AL.** | : | **TERMINATING RECEIVERSHIP** |
| **Defendants** | : | |

This matter is before the Court upon the agreement of all parties who have appeared and answered herein to terminate the Receivership. Towne Development Group, Ltd., by and through counsel, seeks an order terminating its duties as Receiver and releasing its Bond.

The Receiver was primarily tasked with securing sales of the mortgaged real property for the benefit of the receivership estate. Those transfers have now been completed.

IT IS AGREED among the parties, including the Receiver, Towne Development Group, Ltd., this case having been substantially resolved and the Receiver having carried out its duties with regard to disposition of the real property, that the Receiver should be relieved of its duties and its Bond released. The Receiver will issue a Final Report on or before December 31, 2014.

IT IS ORDERED the Receivership is hereby terminated and the Receiver relieved of its duties herein. The Receiver shall file the Final Report prior to discharge of its Bond.

**SO ORDERED.**

_____
S. ARTHUR SPIEGEL
UNITED STATES DISTRICT JUDGE

CONSENT:

/s/ **Timothy P. Palmer** (per e-mail authority 11/11/14)
Timothy P. Palmer
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
412 562 8413
timothy.palmer@bipc.com

/s/ **Edward P. Akin**
Edward P. Akin
Aronoff, Rosen & Hunt
2200 U.S. Bank Tower
425 Walnut Street
Cincinnati, OH 45202
513-241-0400
epakin@arh-law.com

####